**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

HEIDI BRUSH,

        Petitioner

        v.

LELAND FELDMAN,

        Respondent

: No. 196 MAL 2022
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:

**ORDER**

**PER CURIAM**

    **AND NOW**, this 6th day of July, 2022, the Petition for Allowance of Appeal is **DENIED**.